■ In the Matter of KENNETH GOSS, Petitioner, v CLIFFORD A. SCOTT, as Justice of the Supreme Court of the State of New York, Respondent.— Application for an order in the nature of a writ of prohibition unanimously denied and the petition dismissed, without costs and without disbursements. (See CPLR 7801, subd 1.) No opinion. Concur—Kupferman, J. P., Birns, Fein, Lane and Sandler, JJ.

■ In the Matter of the ANCILLARY RECEIVERSHIP OF INTERSTATE INSURANCE COMPANY. MURPHY PACIFIC MARINE SALVAGE CORPORATION (MERRITT DIVISION), Appellant; SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK, as Ancillary Receiver of Interstate Insurance Company, Respondent. —Order, Supreme Court, New York County, entered on March 24, 1978, unanimously affirmed on the opinion of Helman, J., at Special Term. Respondent shall recover of appellant $60 costs and disbursements of this appeal. Concur—Birns, J. P., Silverman, Evans, Fein and Lane, JJ.

■ PAL WEIS, Doing Business as BODKY SPORTSWEAR CO., Plaintiff, v INSURANCE COMPANY OF NORTH AMERICA, Respondent, and AMERICAN HOME ASSURANCE CO., Appellant. (And Another Action.)—Two orders, Supreme Court, New York County, entered on February 24, 1978 and March 8, 1978, respectively, unanimously affirmed for the reasons stated by Kirschenbaum, J., at Special Term. Respondent shall recover of appellant $60 costs and disbursements of these appeals. Concur—Birns, J. P., Silverman, Evans and Lane, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WAYNE SMALLS, Appellant.—Judgment, Supreme Court, Bronx County, rendered on March 4, 1976, unanimously affirmed. Application by appellant's counsel to withdraw is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Kupferman, J. P., Lupiano, Fein and Sullivan, JJ.